**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1.  **DENISE JOHNSON** an individual resident of Tulsa County, Oklahoma,<br><br>                                  plaintiff,<br>                  versus<br><br>2.  **NATIONAL HEALTH INSURANCE COMPANY**, a Texas corporation,<br>                  and<br><br>3.  **MERITAIN HEALTH, INC.**, a New York corporation,<br>                                  defendants. | .<br><br><br><br>**CASE NO. 16-cv-646-CVE-TLW** |

**JOINT STIPULATION FOR DISMISSAL**

The parties hereby jointly represent to this Honorable Court that the above-captioned matter may, as to all Defendants, be dismissed by the Court with prejudice.

Respectfully Submitted,

*s/ James W. Dunham, Jr.*
James W. Dunham, Jr., OBA #2532
2112 Bank of America Center
15 West 6th Street
Tulsa, OK.  74119
Voice:  (918) 592-1144
Fax: (918) 592-1149
Email:  elawyer@swbell.net
***ATTORNEY FOR PLAINTIFF DENISE JOHNSON***

*/s/ J. Derrick Teague*
J. Derrick Teague, OBA #15131
JENNINGS | TEAGUE, P.C.
204 N. Robinson, Suite 1000
Oklahoma City, OK  73102
Telephone:   (405) 609-6000
Facsimile:     (405) 609-6501
E-mail:           dteague@jenningsteague.com
***ATTORNEYS FOR DEFENDANT NATIONAL HEALTH INSURANCE COMPANY***

*/s/ Lysbeth Georgee*
Judy Hamilton Morse, OBA #6450
Lysbeth George, OBA #30562
- Of the Firm -
CROWE & DUNLEVY,
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
(405) 235-7700
(405) 272-5203 Facsimile
judy.morse@crowedunlevy.com
lysbeth.george@crowedunlevy.com
***ATTORNEYS FOR DEFENDANT,
MERITAIN HEALTH, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, March 24, 2017, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Lysbeth George<br>lysbeth.george@crowedunlevy.com<br>Judy Hamilton Morse<br>judy.morse@crowedunlevy.com<br>Crowe & Dunlevy<br>Braniff Building<br>324 N Robinson, Suite 100<br>Oklahoma City OK 73102<br>Telephone:  405-235-7700<br>Facsimile:  405-239-6651<br>***Attorneys for Defendant Meritain Health, Inc.*** | J. Derrick Teague<br>dteague@jenningsteague.com<br>Tyler H. Trout<br>ttrout@jenningsteague.com<br>JENNINGS | TEAGUE, P.C.<br>204 N. Robinson, Suite 1000<br>Oklahoma City, OK  73102<br>Telephone:    (405) 609-6000<br>Facsimile:    (405) 609-6501<br>***Attorneys for Defendant National Health Insurance Company*** |

*s/James W. Dunham, Jr.*